UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| John Fuhr, )<br>)<br>           Plaintiff, )<br>)<br>   v. )<br>)<br>Michael J. Astrue, )<br>Commissioner of Social Security, )<br>)<br>           Defendant. )<br>) | **JUDGMENT**<br><br>No. 7:12-CV-93-WW |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for the consideration of the defendant's motion for remand.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to remand is granted. The Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings to allow the Defendant to further evaluate the opinion evidence of record.

**This judgment filed and entered on September 20, 2012, and served on:**

Justin B. Wraight (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


September 20, 2012                                             /s/ Julie A. Richards,
                                                                                     Clerk of Court